**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jorge Mauriccio VASQUEZ,
Defendant—Appellant.**

No. 08–8414.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2009.

Decided: May 4, 2009.

Jorge Mauriccio Vasquez, Appellant Pro Se. Keith Michael Cave, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jorge Mauriccio Vasquez appeals the district court's order denying his motion to impose a new sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Vasquez*, No. 3:06–cr–00147–RJC–DCK–2 (W.D.N.C. Oct. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*